UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-23546-CV-WILLIAMS

DEMBI GOLD LLC,

    Plaintiff,

v.

PACIFIC RIM MEDICAL SUPPLIES LLC,
*et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Jonathan Goodman's Report and Recommendations (DE 23) ("***Report***") on Plaintiff's Renewed Motion for Default Final Judgment (DE 18) ("***Motion***"). In the Report, Judge Goodman recommends that the Motion be granted, and that the Court award Plaintiff damages of $560,690.48 plus interest. (DE 23 at 20.) Judge Goodman further recommends that the judgment debtors be required to complete under oath Florida Rules of Civil Procedure Form 1.977 and serve it on the judgment creditor's attorney, Kenneth E. Chase. (*Id.*) Finally, Judge Goodman recommends that the Court retain jurisdiction for the purpose of entering any orders and judgments necessary or proper. (*Id.* at 21.) In arriving at these recommendations, Judge Goodman finds that the Court has both subject-matter and personal jurisdiction over Defendants, and that Defendants were properly served. (*Id.* at 5–6, 9, 16.) Further, Judge Goodman finds that the well-pled allegations in the Complaint establish Defendants' liability for breach of contract and money lent. (*Id.* at 16–18.) Finally, Judge Goodman concludes that Plaintiff is entitled to the damages requested. (*Id.*

at 20.) No objections were filed to the Report,[1] and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Goodman's Report (DE 23) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Renewed Motion for Default Final Judgment (DE 18) is **GRANTED**.

3. Pursuant to Federal Rule of Civil Procedure 58(a), the Court will separately issue a default final judgment.

4. All pending motions are **DENIED AS MOOT**. All hearings and deadlines are **CANCELED**. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida on this <u>13th</u> day of June, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed proof of service of the Report on Defendants via regular mail on May 13, 2025 and overnight mail on June 10, 2025. (DE 25.)